**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **RUBEN LAMB,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civil Action No.** |
| | : | **5:10-cv-253 (HL)** |
| **HARTFORD LIFE AND ACCIDENT** | : | |
| **INSURANCE COMPANY,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

**ORDER**

Plaintiff filed a complaint and a motion to proceed in forma pauperis. Having determined that Plaintiff was unable to pay the filing fee and that his complaint was not frivolous, the Court granted his motion.

It appears, however, that Plaintiff has paid the filing fee. Accordingly, his motion to proceed in forma pauperis is moot (Doc. 3). If he wishes to proceed in forma pauperis from this point forward, he is directed to file a motion.

**SO ORDERED**, this the 13th day of July, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc