IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RUBEN LAMB,<br><br>    Plaintiff,<br><br>v.<br><br>HARTFORD LIFE & ACCIDENT INSURANCE COMPANY,<br><br>    Defendant. | Civil Action 5:10-CV-253 (HL) |

### ORDER

Before the Court is Plaintiff Ruben Lamb's Motion to Proceed In Forma Pauperis ("IFP") on appeal (Doc. 40). Motions to proceed IFP on appeal are governed in part by Federal Rule of Appellate Procedure 24. This Rule provides:

(1) … [A] party to a district court action who desires to appeal in forma pauperis must file a motion in the district court. The party must attach an affidavit that:

(A) shows … the party's inability to pay or to give security for fees and costs;

(B) claims an entitlement to redress; and

(C) states the issues that the party intends to present on appeal.

FED. R. APP. PROC. 24(a).

In this case, Mr. Lamb's Motion for Permission to Appeal IFP and Affidavit include details of his financial position and claims an entitlement to redress. However, the issue on appeal has not been included. The Court orders Mr. Lamb

to submit a supplemental motion that includes the specific issues on appeal before Monday, May 7, 2012. If this supplemental information is not received, the Court will be forced to deny the motion.

**SO ORDERED**, this 1st day of May, 2012.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr